It is so ordered.

s/James G. Carr
Sr. U.S. District Court Judge

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| SALLIE C. WASHINGTON, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>FINANCE SYSTEM OF TOLEDO, INC.,<br><br>    Defendant. | Case No. 3:18-cv-02653-JGC<br><br>Honorable Judge James G. Carr |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, SALLIE C. WASHINGTON, and the Defendant, FINANCE SYSTEM OF TOLEDO, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice, against, FINANCE SYSTEM OF TOLEDO, INC., pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: March 23, 2020                                                    Respectfully Submitted,

**SALLIE C. WASHINGTON**                          **FINANCE SYSTEM OF TOLEDO, INC.**

/s/ Nathan C. Volheim                                       /s/ Zachary P. Elliott (*with consent*)
Nathan C. Volheim                                             Zachary P. Elliott
*Counsel for Plaintiff*                                          *Counsel for Defendant*
Sulaiman Law Group, LTD                                Law Office of Boyd W. Gentry, LLC
2500 S. Highland Avenue, Suite 200              4031 Colonel Glenn Highway, First Floor
Lombard, Illinois 60148                                    Beavercreek, Ohio 45431
Phone: (630) 575-8181                                     Phone: (937) 839-2881
Fax :(630) 575-8188                                          Fax: (800) 839-5843
nvolheim@sulaimanlaw.com                          zelloitt@boydgentrylaw.com